UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. MJ24-574 |
| Plaintiff, | |
| v. | DETENTION ORDER |
| IVAN LOPEZ-RAMOS, | |
| Defendant. | |

<u>Offense charged</u>:    Reentry of Removed Alien

<u>Date of Detention Hearing</u>:    September 24, 2024.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.    Defendant is a native and citizen of Mexico.  He has a mental health diagnosis

DETENTION ORDER
PAGE -1

of schizophrenia and bipolar disorder, but has been without his prescribed medication while in custody. On behalf of his client, defense counsel does not oppose entry of a Detention Order, but wishes to reserve the right to ask for the order to be reviewed if defendant's mental health status changes once his prescribed medication is reinstated.

2. Defendant poses a risk of nonappearance based on foreign citizenship, a prior removal to Mexico, criminal activity and other pending charges, a history of failing to appear with resulting warrant activity, allegations regarding defendant's attempt to resist arrest or apprehension, criminal activity and other noncompliance while under supervision, substance use history, mental health concerns, and lack of employment. Defendant poses a risk of danger based on criminal history, a pattern of violent criminal conduct including resisting law enforcement, criminal activity and noncompliance while under supervision, substance use history, and a history of possible gang association.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community. However, defendant may request review of this order if he can show that reinstatement of medication treatment results in a change of circumstances.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility;
2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;
3. On order of the United States or on request of an attorney for the Government, the person

DETENTION ORDER
PAGE -2

in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 24th day of September, 2024.

Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3